# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA**

        **Plaintiff,**

**-vs-**                                            Case No. 3:13-CR-88-01
                                                              Judge Thomas M. Rose

**MICHAEL BUCANNON,**

        **Defendant.**

## ENTRY AND ORDER DENYING MOTION FOR RECONSIDERATION OF BOND

On July 17, 2013, Defendant filed a Motion for Reconsideration of Bond (doc. 17). The Court set the matter for hearing on July 23, 2013, at which the Defendant appeared with Counsel. At said hearing, Defendant called Ms. Gloria Smith.

After consideration of said motion and testimony of Ms. Smith, the Court finds said motion not well-founded and **DENIES** Defendant's Motion for Reconsideration of Bond (doc. 17).

**DONE** and **ORDERED** in Dayton, Ohio, this 24th day of July, 2013.

                                                           *s/Thomas M. Rose*

                                                           THOMAS M. ROSE, JUDGE
                                                           UNITED STATES DISTRICT COURT